IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RURAL WATER DISTRICT NO. 6, WAGONER COUNTY, OKLAHOMA, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 24-cv-40-DES ) |
| CITY OF WAGONER, AND WAGONER PUBLIC WORKS AUTHORITY, | ) ) ) ) |
| Defendants. | ) |

**OPINION AND ORDER**

This matter comes before the Court on Plaintiff's Motion for Partial Summary Judgment. (Docket No. 55). Having reviewed the written briefs and hearing oral argument on the same, Plaintiff's Motion for Partial Summary Judgment is GRANTED. Based on the ruling in *Pittsburg County Rural Water District. No. 7 v. City of McAlester*, 346 F.3d 1260, 1276-77 (10th Cir. 2003), as a matter of law, estoppel cannot be invoked to subvert the application of a statute enacted in the public interest. Since Courts have found that the purposes of 7 U.S.C. § 1926(b) are to encourage rural water development and to safeguard the interest of the Untied Sates in having loans repaid, both purposes of which are aimed at promoting the public interest.

Accordingly, Defendants' affirmative defenses of estoppel and laches cannot be used to defeat the District's claims and they will be stricken and dismissed.

IT IS SO ORDERED this 13th day of January, 2026

_____
D. Edward Snow
United States Magistrate Judge