# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RURAL WATER DISTRICT NO. 6, ) <br> WAGONER COUNTY, OKLAHOMA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF WAGONER, AND WAGONER ) <br> PUBLIC WORKS AUTHORITY, ) <br> ) <br> Defendants. ) | Case No. 24-cv-40-DES |

## OPINION AND ORDER

This matter comes before the Court on Defendants' Motion for Partial Summary Judgment. (Docket No. 56). Having reviewed the written briefs and hearing oral argument on the same, Defendants' Motion for Partial Summary Judgment is GRANTED. Plaintiff's damages are limited to the water revenue damages from August 19, 2022 through August 31, 2024. Plaintiff may not recover damages relating to membership fees other than those that were collected by Defendant after August 19, 2022.

IT IS SO ORDERED this 13th day of January, 2026

_____
D. Edward Snow
United States Magistrate Judge