**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RURAL WATER DISTRICT NO. 6, WAGONER COUNTY, OKLAHOMA, ) ) ) Plaintiff, ) ) v. ) CITY OF WAGONER, AND WAGONER PUBLIC WORKS AUTHORITY, ) ) ) ) Defendants. ) | Case No. 24-cv-40-DES |

RURAL WATER DISTRICT NO. 6,                 )
WAGONER COUNTY, OKLAHOMA,            )
                                                                      )
                        Plaintiff,                            )
                                                                      )
v.                                                                   )        Case No. 24-cv-40-DES
                                                                      )
CITY OF WAGONER, AND WAGONER     )
PUBLIC WORKS AUTHORITY,                   )
                                                                      )
                        Defendants.                      )

**<u>OPINION AND ORDER</u>**

This matter comes before the Court on Plaintiff's Renewed Motion for Judgment as a Matter of Law and Alternative Motion for New Trial. (Docket No. 144). Having reviewed the written briefs and hearing oral arguments, the Court finds that Plaintiff has not presented sufficient evidence to establish that a reasonable jury would not have a legally sufficient evidentiary basis to find for the Defendant. Accordingly, Plaintiff's Motion for Judgment as a Matter of Law pursuant to Fed. R. Civ. P 50(b) is DENIED and the judgment on the verdict stands.

Plaintiff's request for a new trial pursuant to Fed. R. Civ. P. 59 is DENIED. There is no evidence that the jury verdict was against the weight of the evidence, as the jury had a reasonable basis for its decision that Plaintiff did not prove that it made service available to the Disputed Customers. Furthermore, Plaintiff has failed to show substantial errors with the Jury Instructions. Finally, there is no evidence presented that Defendant's closing argument misstated Tenth Circuit law or that it biased the jury in any way. Accordingly, Plaintiff's request for a new trial pursuant to Fed. R. Civ. P. 59 is DENIED.

IT IS SO ORDERED this 29th day of July, 2026

_____
D. Edward Snow
United States Magistrate Judge